**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

RONALD JOHNSTON,         )
                               )
        Plaintiff,        )
                               )
     v.                  )     Civil Action No. 09-1681
                               )
                               )     Magistrate Judge Bissoon
CHIEF EXEC. DAN ONORATO, *et al.*,  )
                               )
        Defendants.     )

## <u>MEMORANDUM AND ORDER</u>

The Court dismissed Ronald Johnston's Complaint and denied his Motion to Amend on February 22, 2010 (Doc. 22).  The Court thereafter treated Plaintiff's "Motion for Leave to Amend to Overcome the Deficiency" (Doc. 24) as a motion to alter or amend judgment pursuant to Federal Rule of Civil Procedure 59(e) and denied that motion.  Plaintiff has now filed a "Motion to Challenge District Court's Order Denying Plaintiff's Motion to Overcome the Deficiency" (Doc. 35).  He again seeks reconsideration of this Court's Order dismissing the Complaint, and repeats arguments already made and addressed by the Court.

AND NOW, this 25th day of March, 2010,

IT IS HEREBY ORDERED that Defendants' "Motion to Challenge District Court's Order Denying Plaintiff's Motion to Overcome the Deficiency" (Doc. 35) is DENIED for the same reasons set forth in the Court's prior orders (Docs. 22 and 24).

<u>s/Cathy Bissoon</u>
CATHY BISSOON
UNITED STATE MAGISTRATE JUDGE

**Cc:**
RONALD JOHNSTON
HR7014
3001 Beaver Ave.
Pittsburgh, PA 15233